UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

KIMBERLY POCHAY

       Plaintiff,

v.                                                              CIVIL ACTION NO.  13-CV-12013

NCO FINANCIAL SYSTEMS, INC.

       Defendants.

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the plaintiff in this matter, Kimberly Pochay

hereby voluntarily dismisses all claims asserted against NCO Financial Systems, Inc. with

prejudice and without interest or costs, waiving all rights of appeal and/or rights to petition for

attorneys' fees and/or expenses.

Respectfully submitted,


/s/ Barbara Horan
Barbara Horan, BBO#652151
Law Office of Barbara Horan, Esq.
800 Hingham Street
Rockland, MA  02370
blh@blhlaw.net

Attorneys for Plaintiff
Kimberly Pochay


Dated:  October 7 , 2013

## CERTIFICATE OF SERVICE

I, Barbara Horan, counsel for plaintiff, Kimberly Pochay, hereby certify, that I have this date, served the within document by causing a copy thereof, to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and paper copies mailed, first class mail, postage prepaid to any non- registered participants in this case.

/s/ Barbara Horan